UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-01953-FWS (ADSx) | Date | January 9, 2023 |
|---|---|---|---|
| Title | Celina Zabala v. Walmart, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

    This action was removed on October 24, 2022.  (*See* Dkt. 1.)  On December 5, 2022, the Court issued an order granting Defendant's Motion to Dismiss and allowed Plaintiff to amend her complaint on or before January 5, 2023.  (*See* Dkt. 16.)  The order also advised Plaintiff that failure to file an amended complaint on or before the deadline set by the court may result in the dismissal of this action, with or without prejudice.  (*See id.*)  As of the filing of this Order, Plaintiff has failed to file an amended complaint.  (*See generally* Dkt.)  Accordingly, the Court **ORDERS** this action **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Orders of the Court.

                                                                                                                                                    _____  :  _____

                                                   Initials of Deputy Clerk    mku